HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  )  | Case No. 13-287 GEB |
|---|---|
| Plaintiff,  ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO DECEMBER 6, 2013, AT 9:00 A.M. |
| v.  ) |  |
| DEMETRI DEARTH,  ) | Date:  October 18, 2013  Time:  9:00 a.m.  Judge: Hon. Garland E. Burrell, Jr. |
| Defendant.  ) |  |

The parties stipulate, through respective counsel, that the Court should continue the status conference set on October 18, 2013, at 9:00 a.m., to December 6, 2013, at 9:00 a.m.

Counsel for Ms. Dearth requires time to review discovery, and to meet with her about it.

For these reasons, counsel and the defendant agree that the Court should exclude the time from October 18, 2013, through December 6, 2013, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: October 16, 2013            HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/ M.Petrik_____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender

Stipulation to Continue            -1-                    13-287 GEB

DATED: October 16, 2013             BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ M.Petrik for_____
                                    LEE S. BICKLEY
                                    Assistant U.S. Attorney

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for December 6, 2013, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including December 6, 2013, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated:  October 16, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge