1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   Case No. 13-287 GEB
                                       )
11                      Plaintiff,     )   STIPULATION AND [PROPOSED] ORDER
                                       )   TO CONTINUE STATUS CONFERENCE TO
12             v.                      )   JANUARY 31, 2014, AT 9:00 A.M.
                                       )
13  DEMETRI DEARTH,                    )   Date:   December 6, 2013
                                       )   Time:   9:00 a.m.
14                      Defendant.     )   Judge:  Hon. Garland E. Burrell, Jr.
                                       )
15  _____     )

16        The parties stipulate, through respective counsel, that the Court should continue the status

17  conference set on December 6, 2013, at 9:00 a.m., to January 31, 2014, at 9:00 a.m.

18        Counsel for Ms. Dearth requires time to review discovery, and to meet with her about it.

19  Counsel also requires time to discuss resolution of the case with Ms. Dearth.

20        For these reasons, counsel and the defendant agree that the Court should exclude the time

21  from December 6, 2013, through January 31, 2014, when it computes the time within which trial

22  must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code

23  T4.

24  / / /

25  / / /

26  / / /

27  / / /

28

Stipulation to Continue                          -1-                                    13-287 GEB

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3  DATED: December 3, 2013                    HEATHER E. WILLIAMS
                                              Federal Defender
4
                                              /s/ M.Petrik_____
5                                             MICHAEL PETRIK, Jr.
                                              Assistant Federal Defender
6
7  DATED: December 3, 2013                    BENJAMIN B. WAGNER
                                              United States Attorney
8
                                              /s/ M.Petrik for_____
9                                             LEE S. BICKLEY
                                              Assistant U.S. Attorney
10

11                                  **O R D E R**

12

13    The Court, having received, read, and considered the stipulation of the parties, and good

14  cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

15  that the failure to grant a continuance in this case would deny defense counsel reasonable time

16  necessary for effective preparation, taking into account the exercise of due diligence.  The Court

17  finds that the ends of justice served by granting the continuance outweigh the best interests of the

18  public and defendant in a speedy trial.

19    The Court orders the status conference rescheduled for January31, 2014, at 9:00 a.m.

20  The Court orders the time from the date of the parties stipulation, up to and including January 31,

21  2014, excluded from computation of time within which the trial of this case must commence

22  under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

23  Dated:  December 3, 2013

24

25

26  _____
    GARLAND E. BURRELL, JR.
27  Senior United States District Judge

28