| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-287 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO FEBRUARY 14, 2014, AT 9:00 A.M. |
| v. | ) | |
| DEMETRI DEARTH, | ) | Date:  January 31, 2014 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |

The parties stipulate, through respective counsel, that the Court should continue the status conference set on January 31, 2014, at 9:00 a.m., to February 14, 2014, at 9:00 a.m.

Counsel for Ms. Dearth requires the additional time to review discovery with her, and to conduct appropriate investigation. Counsel also requires the continuance because he cannot personally appear on January 31, 2014. Counsel has learned that the next available date with the Court is February 14, 2014.

For these reasons, counsel and the defendant agree that the Court should exclude the time from January 31, 2014, through February 14, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: January 29, 2014          HEATHER E. WILLIAMS
                                 Federal Defender

                                 /s/ M.Petrik_____
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender

DATED: January 29, 2014          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ M.Petrik for_____
                                 LEE S. BICKLEY
                                 Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for February 14, 2014, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including February 14, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: January 29, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge