1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           )   Case No. 13-287 GEB
                                       )
11                Plaintiff,           )   STIPULATION AND [PROPOSED] ORDER
                                       )   TO CONTINUE STATUS CONFERENCE TO
12         v.                          )   AUGUST 1, 2014, AT 9:00 A.M.
                                       )
13 DEMETRI DEARTH,                     )   Date:   April 11, 2014
                                       )   Time:   9:00 a.m.
14                Defendant.           )   Judge:  Hon. Garland E. Burrell, Jr.
                                       )
15 _____)

16         The parties stipulate, through respective counsel, that the Court should continue the status

17 conference set on April 11, 2014, at 9:00 a.m., to August 1, 2014, at 9:00 a.m.

18         Defense counsel requires further time to confer with Ms. Dearth about discovery, and to

19 conduct further investigation.  Defense counsel requires further time to gather medical records

20 regarding Ms. Dearth.  Defense counsel also requires further time to negotiate with government

21 counsel regarding a potential settlement.  Personal meetings between defense counsel and Ms.

22 Dearth present logistical difficulties because she resides in Shasta County.  The acquisition of

23 medical records has proven more difficult than anticipated.

24         For these reasons, counsel and the defendant agree that the Court should exclude the time

25 from April 11, 2014, through August 1, 2014, when it computes the time within which trial must

26 commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

27 / / /

28

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 9, 2014                    HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ M.Petrik_____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender

DATED: April 9, 2014                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for_____
                                        LEE S. BICKLEY
                                        Assistant U.S. Attorney

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for August 1, 2014, at 9:00 a.m.  The Court orders the time from the date of the parties stipulation, up to and including August 1, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated:  April 10, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge