1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant

6

7

8                      UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   Case No. 13-287 GEB
                                       )
11                   Plaintiff,        )   STIPULATION AND [PROPOSED] ORDER
                                       )   TO CONTINUE STATUS CONFERENCE TO
12          v.                         )   OCTOBER 24, 2014, AT 9:00 A.M.
                                       )
13  DEMETRI DEARTH,                    )   Date:    September 5, 2014
                                       )   Time:    9:00 a.m.
14                   Defendant.        )   Judge:   Hon. Garland E. Burrell, Jr.
                                       )
15  _____)

16          The parties stipulate, through respective counsel, that the Court should continue the status

17  conference set on September 5, 2014, at 9:00 a.m., to October 24, 2014, at 9:00 a.m.

18          Defense counsel requires further time to confer with Ms. Dearth about discovery, and to

19  conduct further investigation.  Defense counsel requires further time to gather medical records

20  regarding Ms. Dearth.  Defense counsel also requires further time to negotiate with government

21  counsel regarding a potential settlement.  Personal meetings between defense counsel and Ms.

22  Dearth present logistical difficulties because she resides in Shasta County.  The acquisition of

23  medical records has proven more difficult than anticipated.

24          For these reasons, counsel and the defendant agree that the Court should exclude the time

25  from September 4, 2014, through October 24, 2014, when it computes the time within which trial

26  must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code

27  T4.

28

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3    DATED: September 4, 2014               HEATHER E. WILLIAMS
                                           Federal Defender
4
5                                          /s/ M.Petrik_____
                                           MICHAEL PETRIK, Jr.
6                                          Assistant Federal Defender

7    DATED: September 4, 2014               BENJAMIN B. WAGNER
                                           United States Attorney
8
9                                          /s/ M.Petrik for_____
                                           LEE S. BICKLEY
10                                         Assistant U.S. Attorney

11                                   **O R D E R**

12

13    The Court, having received, read, and considered the stipulation of the parties, and good

14   cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

15   that the failure to grant a continuance in this case would deny defense counsel reasonable time

16   necessary for effective preparation, taking into account the exercise of due diligence, and

17   continuity of counsel.  The Court finds that the ends of justice served by granting the

18   continuance outweigh the best interests of the public and defendant in a speedy trial.

19    The Court orders the status conference rescheduled for October 24, 2014, at 9:00 a.m.

20   The Court orders the time from the date of the parties stipulation, up to and including October

21   24, 2014, excluded from computation of time within which the trial of this case must commence

22   under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

23   Dated:  September 4, 2014

24

25

26   _____
                    GARLAND E. BURRELL, JR.
27                  Senior United States District Judge

28