HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-287 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO |
| v. | ) ) | FEBRUARY 27, 2015, AT 9:00 A.M. |
| DEMETRI DEARTH, | ) ) | Date:   January 9, 2015 |
| Defendant. | ) ) | Time:   9:00 a.m. Judge:  Hon. Garland E. Burrell, Jr. |
|  | ) ) |  |

The parties stipulate, through respective counsel, that the Court should continue the status conference set on January 9, 2015, at 9:00 a.m., to February 27, 2015, at 9:00 a.m.

Defense counsel requires further time to confer with Ms. Dearth about discovery, and to conduct further investigation. Defense counsel requires further time to gather medical records regarding Ms. Dearth. Defense counsel also requires further time to negotiate with government counsel regarding a potential settlement. Personal meetings between defense counsel and Ms. Dearth present logistical difficulties because she resides in Shasta County. The acquisition of medical records has proven more difficult than anticipated.

For these reasons, counsel and the defendant agree that the Court should exclude the time from January 9, 2015, through February 27, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: January 8, 2015                         HEATHER E. WILLIAMS
                                               Federal Defender

                                               /s/ M.Petrik
                                               MICHAEL PETRIK, Jr.
                                               Assistant Federal Defender

DATED: January 8, 2015                         BENJAMIN B. WAGNER
                                               United States Attorney

                                               /s/ M.Petrik for
                                               LEE S. BICKLEY
                                               Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for February 27, 2015, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including February 27, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated:  January 8, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge