1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13-287 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO APRIL 10, 2015, AT 9:00 A.M. |
| v. | ) |
| DEMETRI DEARTH, | ) Date:  March 27, 2015<br>) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |

16   The parties stipulate, through respective counsel, that the Court should continue the status

17 conference set on March 27, 2015, at 9:00 a.m., to April 10, 2015, at 9:00 a.m.

18   Defense counsel requires further time to confer with Ms. Dearth about discovery,

19 defenses at trial, and a proposed plea agreement.  Defense counsel and Ms. Dearth have not had

20 time to confer because she has become ill.

21   For these reasons, counsel and the defendant agree that the Court should exclude the time

22 from March 27, 2015, through April 10, 2015, when it computes the time within which trial must

23 commence under the Speedy Trial, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

24 / / /

25 / / /

26 / / /

Stipulation to Continue                    -1-                                    13-287 GEB

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: March 25, 2015                    HEATHER E. WILLIAMS
                                         Federal Defender

                                         /s/ M.Petrik_____
                                         MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender

DATED: March 25, 2015                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ M.Petrik for_____
                                         LEE S. BICKLEY
                                         Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for April 10, 2015, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including April 10, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated:  March 25, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge