1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   DEMETRI DEARTH
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) Case No. 13-cr-287 GEB
                                    )
11              Plaintiff,          ) STIPULATION AND [PROPOSED] ORDER
                                    ) TO CONTINUE STATUS CONFERENCE TO
12    v.                            ) APRIL 24, 2015, AT 9:00 A.M.
                                    )
13 DEMETRI DEARTH,                  ) Date:   April 10, 2015
                                    ) Time:   9:00 a.m.
14              Defendant.          ) Judge:  Hon. Garland E. Burrell, Jr.
                                    )
15 _____  )

16      The parties stipulate, through respective counsel, that the Court should continue the status

17 conference set on April 10, 2015, at 9:00 a.m., to April 24, 2015, at 9:00 a.m.

18      Defense counsel requires further time to confer with Ms. Dearth about discovery,

19 defenses at trial, and a proposed plea agreement.  Defense counsel and Ms. Dearth have not had

20 adequate time to confer because she has not recovered from a lingering illness which prevents

21 her from traveling to Sacramento.

22      For these reasons, counsel and the defendant agree that the Court should exclude the time

23 from April 10, 2015, through April 24, 2015, when it computes the time within which trial must

24 commence under the Speedy Trial, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

25 / / /

26 / / /

27 / / /

28

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 9, 2015					HEATHER E. WILLIAMS
							Federal Defender

							/s/ M.Petrik_____
							MICHAEL PETRIK, Jr.
							Assistant Federal Defender

DATED: April 9, 2015					BENJAMIN B. WAGNER
							United States Attorney

							/s/ M.Petrik for_____
							LEE S. BICKLEY
							Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for April 24, 2015, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including April 24, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: April 9, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge