1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    MICHAEL PETRIK, Jr., #177913
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, CA  95814
4    Telephone: (916) 498-5700

5    Attorneys for Defendant
     DEMETRI DEARTH
6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )   Case No. 13-cr-287 GEB
                                      )
11                   Plaintiff,       )   STIPULATION AND [PROPOSED] ORDER
                                      )   TO CONTINUE STATUS CONFERENCE TO
12        v.                          )   MAY 8, 2015, AT 9:00 A.M.
                                      )
13   DEMETRI DEARTH,                  )   Date:   April 24, 2015
                                      )   Time:   9:00 a.m.
14                   Defendant.       )   Judge:  Hon. Garland E. Burrell, Jr.
                                      )
15   _____)

16        The parties stipulate, through respective counsel, that the Court should continue the status

17   conference set on April 24, 2015, at 9:00 a.m., to May 8, 2015, at 9:00 a.m.

18        Defense counsel requires further time to confer with Ms. Dearth about discovery,

19   defenses at trial, and a proposed plea agreement.  Defense counsel and Ms. Dearth have not had

20   adequate time to confer because she continues to suffer from an illness which prevents her from

21   traveling to Sacramento.

22        For these reasons, counsel and the defendant agree that the Court should exclude the time

23   from April 24, 2015, through May 8, 2015, when it computes the time within which trial must

24   commence under the Speedy Trial, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

25   / / /

26   / / /

27   / / /

28

     Stipulation to Continue                    -1-                          13-cr-287 GEB

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3

     DATED: April 23, 2015                    HEATHER E. WILLIAMS
4                                             Federal Defender

5                                             /s/ M.Petrik_____
                                              MICHAEL PETRIK, Jr.
6                                             Assistant Federal Defender

7

     DATED: April 23, 2015                    BENJAMIN B. WAGNER
8                                             United States Attorney

9                                             /s/ M.Petrik for_____
                                              LEE S. BICKLEY
10                                            Assistant U.S. Attorney

11

12

13                          **O R D E R**

14    The Court, having received, read, and considered the stipulation of the parties, and good

15    cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

16    that the failure to grant a continuance in this case would deny defense counsel reasonable time

17    necessary for effective preparation, taking into account the exercise of due diligence, and

18    continuity of counsel.  The Court finds that the ends of justice served by granting the

19    continuance outweigh the best interests of the public and defendant in a speedy trial.

20    The Court orders the status conference rescheduled for May 8, 2015, at 9:00 a.m.  The

21    Court orders the time from the date of the parties stipulation, up to and including May 8, 2015,

22    excluded from computation of time within which the trial of this case must commence under the

23    Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

24    Dated:  April 23, 2015

25

26    _____

27    GARLAND E. BURRELL, JR.
      Senior United States District Judge

28