1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   No. 13-287 GEB
                                     )
11                 Plaintiff,        )   STIPULATION AND [PROPOSED] ORDER
                                     )   TO RESCHEDULE JURY TRIAL TO MAY 31,
12        v.                         )   2016, AT 9:00 A.M.; REQUEST TO EXCLUDE
                                     )   TIME UNDER THE SPEEDY TRIAL ACT
13  DEMETRI DEARTH,                  )
                                     )   Date:   January 8, 2016
14                 Defendant.        )   Time:   9:00 a.m.
                                     )   Judge:  Hon. Garland E Burrell, Jr.
15                                   )

16          The parties stipulate, through respective counsel, that the Court should vacate the trial

17  confirmation hearing and jury trial presently set, and reschedule this case for the following dates:

18  trial confirmation hearing on May 6, 2016, at 9:00 a.m.; jury trial to begin May 31, 2016, at 9:00

19  a.m.  The parties anticipate that the trial may last two to three business weeks.

20          Defense counsel and Ms. Dearth require further time to meet and to prepare adequately

21  for the jury trial in this matter.  Defense counsel also requires further time to investigate this

22  case, and to prepare presentation of this matter at trial.  The parties have conferred regarding the

23  proposed hearing and trial dates, and find the dates mutually acceptable.

24          For these reasons, counsel and the defendant agree that the Court should exclude the time

25  from the date of this order through May 31, 2016, when it computes the time within which trial

26  must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code

27

28

1    T4.  The parties stipulate that the requested exclusion of time appropriately falls into the

2    exception to the Speedy Trial Act cited above.

3              Counsel and the defendant also agree that the ends of justice served by the Court granting

4    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

5    DATED: December 16, 2015              HEATHER E. WILLIAMS
                                          Federal Defender
6
                                          /s/ M.Petrik
7                                         MICHAEL PETRIK, Jr.
                                          Assistant Federal Defender
8

9    DATED: December 16, 2015              BENJAMIN B. WAGNER
                                          United States Attorney
10
                                          /s/ M.Petrik for
11                                        AMANDA BECK
                                          Assistant U.S. Attorney
12

13                                   **O R D E R**

14             The Court, having received, read, and considered the stipulation of the parties, and good

15   cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

16   that the failure to grant a continuance in this case would deny defense counsel reasonable time

17   necessary for effective preparation, taking into account the exercise of due diligence.  The Court

18   finds that the ends of justice served by granting the continuance outweigh the best interests of the

19   public and defendant in a speedy trial.

20             The Court orders the trial confirmation hearing and jury trial dates rescheduled as

21   proposed in this stipulation.  The Court orders the time from the date of this order through May

22   31, 2016, excluded from computation of time within which the trial of this case must commence

23   under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

24   Dated:  December 17, 2015

25

26

27   _____
     GARLAND E. BURRELL, JR.
28   Senior United States District Judge