| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
|   | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
|   | Sacramento, CA  95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 13-287 GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO RESCHEDULE JURY TRIAL TO |
| v. | ) | NOVEMBER 1, 2016, AT 9:00 A.M.; |
| | ) | REQUEST TO EXCLUDE TIME UNDER THE |
| DEMETRI DEARTH, | ) | SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | Date:  March 17, 2016 |
| | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Garland E Burrell, Jr. |

The parties stipulate, through respective counsel, that the Court should vacate the trial confirmation hearing and jury trial presently set, and reschedule this case for the following dates: trial confirmation hearing on October 7, 2016, at 9:00 a.m.; jury trial to begin November 1, 2016, at 9:00 a.m.  The parties anticipate that the trial may last two to three business weeks.

Defense counsel and Ms. Dearth require further time to meet and to prepare adequately for the jury trial in this matter.  Defense counsel also requires further time to investigate this case, and to prepare presentation of this matter at trial.  The parties have conferred regarding the proposed hearing and trial dates, and find the dates mutually acceptable.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through November 1, 2016, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.  The parties stipulate that the requested exclusion of time appropriately falls into the exception to the Speedy Trial Act cited above.

     Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: March 17, 2016              HEATHER E. WILLIAMS
                                             Federal Defender

                                             /s/ M.Petrik_____
                                             MICHAEL PETRIK, Jr.
                                             Assistant Federal Defender

DATED: March 17, 2016              BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ M.Petrik for_____
                                             AMANDA BECK
                                             Assistant U.S. Attorney

## **O R D E R**

     The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

     The Court orders the trial confirmation hearing and jury trial dates rescheduled as proposed in this stipulation.  The Court orders the time from the date of this order through November 1, 2016, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Dated:  March 18, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge