PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL D. ANDERSON
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-287 |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| DEMETRI DEARTH, | DATE: October 7, 2016 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation hearing on October 7, 2016.

2. By this stipulation, defendant now moves to continue the trial confirmation hearing to July 21, 2017; to set a trial date of August 22, 2017; and to exclude time between October 7, 2016, and August 22, 2017, under Local Code T4. The parties anticipate that the trial will require two or three weeks.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced 2,502 pages of discovery directly to the defense. The government produced 1,318 pages of this discovery on September 29, 2016; the defense received it on October 3, 2016. In addition, the government expects to produce about another 30

pages of discovery before November 1, 2016.

       b)     Counsel for defendant desires additional time to review this discovery, to conduct follow-up investigation on its contents, to consult with his client, and potentially to prepare for a voluntariness hearing. These processes require extra time because the defendant, who is out of custody, lives in a remote location about 150 miles from defense counsel's office.

       c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)     The government does not object to the continuance.

       e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 7, 2016 to August 22, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 4, 2016                              PHILLIP A. TALBERT
                                                     Acting United States Attorney


                                                     /s/ AMANDA BECK
                                                     AMANDA BECK
                                                     Assistant United States Attorney


Dated:  October 4, 2016                              /s/ MICHAEL PETRIK
                                                     MICHAEL PETRIK
                                                     Counsel for Defendant
                                                     DEMETRI DEARTH


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  October 5, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3