McGREGOR W. SCOTT
United States Attorney
MICHAEL D. ANDERSON
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-287 |
| Plaintiff, | STIPULATION REGARDING NEW PRESENTENCE REPORT AND SENTENCING SCHEDULE |
| v. | |
| DEMETRI DEARTH, | COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. The defendant entered guilty pleas to 25 counts of mail fraud and false statements on October 20, 2017. Dkt. #49. On that date, the Court set sentencing for February 2, 2018. *Id*.

2. The Court also issued a schedule for disclosure of the Presentence Report and for filing objections to the Presentence Report. Dkt. #50. The schedule required completing a draft Presentence Report by December 22, 2017. *Id.*

3. As of January 30, 2018, the defendant had not submitted to an interview with the probation officer. Thus, the officer had declined to issue a draft Presentence Report. Dkt. #52.

4. On January 30, 2018 – and at the parties' request, the Court reset the PSR and sentencing schedule. *Id*. The new schedule required completing the draft Presentence Report by February 23,

2018, and set sentencing for April 27, 2018. *Id.*

5. By April 11, 2018, the defendant had still not submitted to an interview with the probation officer. Dkt. #53, ¶41. On that date, the probation officer issued a draft Presentence Report that did not include information from an interview with the defendant. Dkt. #53.

6. On April 12, 2018, the defense filed a memorandum requesting that the court vacate the April 27, 2018, sentencing date and set the matter for a status conference on May 4, 2018. Dkt. #54. The government did not object to this request. *Id.*

7. The parties appeared before the Court on the morning of May 4, 2018. At that time, the defendant had still not been interviewed for the Presentence Report. At the hearing – and at the parties' request, the Court set the following revised schedule for disclosing the Presentence Report and filing objections to it:

    a)      05/18/18 – Revised draft Presentence Report due

    b)      06/01/18 – Informal objections to the revised draft Presentence Report due

    c)      06/08/18 – Final Presentence Report due

    d)      06/15/18 – Motions to correct the Presentence Report due

    e)      06/22/18 – Responses to motions to correct the Presentence Report due

    f)      07/06/18 – Sentencing

8. The Court also stated that, if the defendant did not complete her presentence interview in a manner that would allow the parties to comply with this schedule, the Court would nevertheless move forward with the sentencing schedule outlined above.

9. The Court further requested that the parties file a stipulation memorializing this new Presentence Report and sentencing schedule. We do so with this document.

IT IS SO STIPULATED.

//

//

Dated: May 4, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated: May 4, 2018

/s/ MICHAEL PETRIK
MICHAEL PETRIK
Counsel for Defendant
DEMETRI DEARTH

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: May 4, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge